**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**CHRISTOPHER FERNANDEZ** | **CRIMINAL ACTION**<br>**NO. # 25-227-4** |

**ORDER**

**AND NOW**, this 30th day of September, 2026, upon consideration of Defendant Christopher Fernandez's Motion to Dismiss Counts Two and Three of the Indictment (ECF No. 133), and the Government's Response in Opposition thereto (ECF No. 142), **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**