IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 25-227-4 |
| CHRISTOPHER FERNANDEZ | | |
| | : | |

**JUDGMENT OF ACQUITTAL/NOT GUILTY**

AND NOW, this 27th day of October 2026, came the attorney for the government and the defendant being present with counsel and the jury has returned its verdict, finding the defendant not guilty as to: Counts 2, 3 and 4 of the Indictment

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

S/ WENDY BEETLESTONE

______________________________
WENDY BEETLESTONE J.

Cc: U.S. Marshal
Probation Office
Counsel